# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-09579-WDK(FMOx) | Date | June 4, 2013 |
|---|---|---|---|
| Title | J & J Sports Productions Inc. v. Oscar Sandoval | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**        (IN CHAMBERS) ORDER

Pursuant to the Court's May 6, 2013 Order, plaintiff was to show cause in writing, why the action should not be dismissed for lack of prosecution. The deadline has elapsed without compliance. Plaintiff is ordered to advance the case through default process with seven (7) days if this order. Failure to comply will result in dismissal of this case.

IT IS SO ORDERED.

:  

Initials of Preparer   pg